UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: FEDERAL ENERGY REGULATORY
COMMISSION: IMPROVEMENTS TO GENERATOR
INTERCONNECTION PROCEDURES AND
AGREEMENTS, 184 FERC 61,054 ISSUED ON JULY 28, 2023
AND 184 FERC 62,163 ISSUED ON SEPTEMBER 28, 2023          MCP No. 174

(SEE ATTACHED SCHEDULE)

CONSOLIDATION ORDER

The Federal Energy Regulatory Commission issued orders dated July 28, 2023 and September 28, 2023. On October 23, 2023, the Panel received, pursuant to 28 U.S.C. § 2112(a)(3), a notice of multicircuit petitions for review of that order. The notice included petitions for review pending in four circuit courts of appeal as follows: Third Circuit Court, Sixth Circuit Court, Eighth Circuit Court, District of Columbia Circuit Court.

The Panel has randomly selected the United States Court of Appeals for the District of Columbia Circuit Court in which to consolidate these petitions for review.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 2112(a)(3), the petitions on the attached schedule are consolidated in the United States Court of Appeals for the District of Columbia Circuit Court, and that this circuit is designated as the circuit in which the record is to be filed pursuant to Rules 16 and 17 of the Federal Rules of Appellate Procedure.

FOR THE PANEL:

_____
Delora Davis, Operations Supervisor
Random Selector

_____
Marcella R. Lockert, Chief Deputy Clerk
Witness

IN RE: FEDERAL ENERGY REGULATORY
COMMISSION: IMPROVEMENTS TO GENERATOR
INTERCONNECTION PROCEDURES AND
AGREEMENTS, 184 FERC 61,054 ISSUED ON JULY 28, 2023
AND 184 FERC 62,163 ISSUED ON SEPTEMBER 28, 2023            MCP No. 174

## SCHEDULE OF PETITIONS

| CIRCUIT NO. | CASE CAPTION |
|---|---|
| Third Circuit No. 23-2830 | PJM Interconnection, LLC v. FERC |
| Sixth Circuit, No. 23-3815 | FirstEnergy Service Co. v. FERC |
| Eighth Circuit No. 23-3232 | Southwest Power Pool, Inc. v. FERC |
| D.C. Circuit, No. 23-1282 | Advanced Energy United, et al. v. FERC |