# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 23-1282**                                            **September Term, 2023**

FERC-RM22-14-001
FERC-RM22-14-000

**Filed On: October 30, 2023** [2024441]

Advanced Energy United, et al.,

       Petitioners

   v.

Federal Energy Regulatory Commission,

       Respondent

------------------------------

Consolidated with 23-1284, 23-1289,
23-1293, 23-1297, 23-1299

### O R D E R

     It is **ORDERED**, on the court's own motion, that these cases be consolidated. Petitioner in case No. 23-1299 is directed to file the following document(s) by the indicated date(s):

| | |
|---|---|
| Docketing Statement Form | November 29, 2023 |
| Statement of Issues to be Raised | November 29, 2023 |

                                                **FOR THE COURT:**
                                                Mark J. Langer, Clerk
                        BY:   /s/
                                                Hannah N. Gorman
                                                Deputy Clerk

The following forms and notices are available on the Court's website:

    Agency Docketing Statement Form