# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-1282**                      **September Term, 2023**

FERC-RM22-14-001
FERC-RM22-14-000

**Filed On: November 9, 2023** [2026250]

Advanced Energy United, et al.,

    Petitioners

    v.

Federal Energy Regulatory Commission,

    Respondent

------------------------------

Consolidated with 23-1284, 23-1289, 23-1293, 23-1297, 23-1299, 23-1305, 23-1310, 23-1312, 23-1313

### O R D E R

Upon consideration of respondent's unopposed motion to suspend current filing dates and establish date for filing further motions, it is

**ORDERED** that the deadlines for filing the parties' remaining initial submissions in these consolidated cases, procedural and dispositive motions, and the certified index to the record be suspended pending further order of the court. It is

**FURTHER ORDERED** that the parties file motions to govern future proceedings in these consolidated cases by December 12, 2023.

                                          **FOR THE COURT:**
                                          Mark J. Langer, Clerk

                        BY:     /s/
                               Louis Karl Fisher
                               Deputy Clerk