# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-1282**                          **September Term, 2023**

**FERC-RM22-14-001**
**FERC-RM22-14-000**

**Filed On: December 12, 2023** [2031049]

Advanced Energy United, et al.,

        Petitioners

       v.

Federal Energy Regulatory Commission,

        Respondent

------------------------------

Consolidated with 23-1284, 23-1289,
23-1293, 23-1297, 23-1299, 23-1305,
23-1310, 23-1312, 23-1313, 23-1320,
23-1327, 23-1330

### O R D E R

     Upon consideration of respondent's unopposed motion to hold cases in abeyance and establish date for further motions, it is

     **ORDERED** that the motion be granted and these consolidated cases be held in abeyance pending further order of the court. The deadlines for filing the parties' remaining initial submissions in these consolidated cases, procedural and dispositive motions, and the certified index to the record remain suspended pending further order of the court. The parties are directed to file motions to govern future proceedings in these consolidated cases by February 16, 2024.

                                             **FOR THE COURT:**
                                             Mark J. Langer, Clerk

                         BY:     /s/
                                             Louis Karl Fisher
                                             Deputy Clerk