# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-1282**  **September Term, 2023**

**FERC-RM22-14-001**
**FERC-RM22-14-000**

**Filed On: December 27, 2023** [2033357]

Advanced Energy United, et al.,

    Petitioners

    v.

Federal Energy Regulatory Commission,

    Respondent

------------------------------

Consolidated with 23-1284, 23-1289, 23-1293, 23-1297, 23-1299, 23-1305, 23-1310, 23-1312, 23-1313, 23-1320, 23-1327, 23-1330, 23-1346

# O R D E R

It is **ORDERED** on the court's own motion, these cases are hereby consolidated. Newly consolidated case 23-1346 is hereby held in abeyance pending further order of the court. The deadline for filing of motions to govern established in the court's order filed December 12, 2023, remains in effect.

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

                  BY:    /s/
                              Amy Yacisin
                              Deputy Clerk