# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 23-1282**　　　　　　　　　　　　　　**September Term, 2023**

FERC-RM22-14-001
FERC-RM22-14-000

**Filed On: February 20, 2024** [2041206]

Advanced Energy United, et al.,

　　　　Petitioners

　　v.

Federal Energy Regulatory Commission,

　　　　Respondent

------------------------------

Consolidated with 23-1284, 23-1289,
23-1293, 23-1297, 23-1299, 23-1305,
23-1310, 23-1312, 23-1313, 23-1320,
23-1327, 23-1330, 23-1346

# O R D E R

　　Upon consideration of respondent's unopposed motion to continue holding cases in abeyance, it is

　　**ORDERED** that these consolidated cases remain in abeyance pending further order of the court. The parties are directed to file motions to govern further proceedings in these consolidated cases by April 16, 2024.

　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　　　　　Louis Karl Fisher
　　　　　　　　　　　　　　　　　Deputy Clerk