# United States Court of Appeals

## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 23-1282                                September Term, 2023

FERC-RM22-14-001
FERC-RM22-14-000

**Filed On: April 24, 2024** [2051131]

Advanced Energy United, et al.,

       Petitioners

    v.

Federal Energy Regulatory Commission,

       Respondent

------------------------------

Consolidated with 23-1284, 23-1289,
23-1297, 23-1299, 23-1305, 23-1310,
23-1312, 23-1313, 23-1320, 23-1327,
23-1330, 23-1346, 24-1093

## O R D E R

It is **ORDERED** on the court's own motion, these cases are hereby consolidated. Newly consolidated case 24-1093 is hereby held in abeyance pending further order of the court.

**FOR THE COURT:**
Mark J. Langer, Clerk
BY:   /s/
Erica M. Thorner
Deputy Clerk