**No. 23-1282**                  **September Term, 2023**

FERC-RM22-14-001
FERC-RM22-14-000

**Filed On: May 10, 2024** [2053823]

Advanced Energy United, et al.,

       Petitioners

       v.

Federal Energy Regulatory Commission,

       Respondent

------------------------------

Consolidated with 23-1284, 23-1289, 23-1297, 23-1299, 23-1305, 23-1310, 23-1312, 23-1313, 23-1320, 23-1327, 23-1330, 23-1346, 24-1093, 24-1106, 24-1112

### O R D E R

Upon consideration of the motions to amend petitions for review in Nos. 23-1282, 23-1284, 23-1305, 23-1312, 23-1313, and 23-1330 to add the Federal Energy Regulatory Commission's Order No. 2023-A, dated March 21, 2024; the motion for leave to amend petition for review and the lodged amended petition in No. 23-1299; the petition for review in No. 24-1106; and respondent's unopposed motion to continue holding cases in abeyance, it is

**ORDERED** that the motions to amend petitions for review in Nos. 23-1282, 23-1284, and 23-1330, and the motion for leave to amend petition for review in No. 23-1299, be granted without prejudice to a determination by the merits panel whether new petitions for review, rather than amended petitions, are required. The Clerk is directed to file the lodged amended petition for review in No. 23-1299. It is

**FURTHER ORDERED** that the motion to amend petitions for review in Nos. 23-1305, 23-1312, and 23-1313 be dismissed as moot in light of the filing of the petition for review in No. 24-1106. It is

**FURTHER ORDERED** that these consolidated cases remain in abeyance pending further order of the court. The parties are directed to file motions to govern further proceedings in these consolidated cases by June 4, 2024.

                                               **FOR THE COURT:**
                                               Mark J. Langer, Clerk

                                 BY:   /s/
                                               Louis Karl Fisher
                                               Deputy Clerk