# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| Advanced Energy United, *et al.*, | ) | |
| | ) | Nos. 23-1282, 23-1284, |
| *Petitioners*, | ) | 23-1289, 23-1297, 23-1299, |
| | ) | 23-1305, 23-1310, 23-1312, |
| v. | ) | 23-1313, 23-1320, 23-1327, |
| | ) | 23-1330, 23-1346, 24-1093, |
| Federal Energy Regulatory Commission, | ) | 24-1106, 24-1112, 24-1136, |
| | ) | 24-1137, 24-1139, 24-1140 & |
| *Respondent*. | ) | 24-1141 (consolidated) |

## UNOPPOSED MOTION OF RESPONDENT
## FEDERAL ENERGY REGULATORY COMMISSION
## TO CONTINUE HOLDING CASES IN ABEYANCE AND
## SET JUNE 25, 2024 FOR FURTHER MOTIONS TO GOVERN

The Court's November 9 order in these consolidated cases suspended the deadlines for filing initial submissions, procedural and dispositive motions, and the certified index to the record, pending further order of the Court, and directed the parties to file motions to govern future proceedings by December 12, 2023. Subsequently, the Court granted unopposed motions filed by Respondent Federal Energy Regulatory Commission ("FERC" or the "Commission") to continue holding these cases in abeyance. *See* Dec. 12, 2023 Order (setting February 16 deadline for filing further motions); Feb. 20, 2024 order (setting April 16 deadline for filing further motions); May 10, 2024 order (setting June 4, 2024 for filing further motions).

Counsel for the Commission contacted counsel for all Petitioners and Movant-Intervenors in advance of the June 4 deadline, and is authorized to state that no party opposes a further extension of the abeyance period, to June 25, 2024. This date represents a 21-day extension to permit the parties time to discuss and potentially develop a jointly proposed briefing format and schedule.

These consolidated petitions arise from the Commission's "Order 2023" rulemaking. *See* Order 2023, *Improvements to Generator Interconnection Procedures and Agreements*, 184 FERC ¶ 61,054 (July 28, 2023). Order 2023 implements reforms to the procedures governing the interconnection of power generation sources to the electric transmission grid. *See id.* P 3 (rulemaking is designed to "ensure that interconnection customers are able to interconnect to the transmission system in a reliable, efficient, transparent, and timely manner"). Numerous parties filed requests for agency rehearing of Order 2023. *See* FERC Dkt. No. RM22-14-001.[1] On September 28, the Commission gave notice that it intended to issue an order upon further consideration of the many requests for agency rehearing. *See* Notice of Denial of Rehearing by Operation of Law and Providing for Further Consideration, 184 FERC ¶ 62,163 (2023).

---

[1] Filings in FERC proceedings are available at: https://elibrary.ferc.gov/eLibrary/search.

After issuance of the September 28 Notice, multiple parties filed petitions for review in this Court and the U.S. Courts of Appeals for the Third, Sixth, and Eighth Circuits. As reflected in this docket, the Judicial Panel on Multidistrict Litigation issued a consolidation order on October 25 consolidating the petitions in this Court. Since the filing of the Commission's November 8 unopposed motion to suspend initial deadlines and set a new deadline for further motions, additional petitions for review have been filed. *See* Docket, Nos. 23-1282, *et al*.

On March 21, 2024, the Commission issued the anticipated order addressing arguments raised on rehearing, setting aside, in part, and clarifying Order 2023. *See* Order 2023-A, 186 FERC ¶ 61,199 (2024). Order 2023-A also establishes a deadline for compliance filings, 30 days after publication of Order 2023-A in the Federal Register.

Under Federal Power Act section 313, 16 U.S.C. § 825*l*, parties have 30 days to seek further rehearing or clarification of Order 2023-A, and 60 days to file petitions for review. These statutory periods have now passed, and the parties anticipate discussions regarding a potential jointly proposed briefing format and schedule for the Court's consideration. Accordingly, the Commission requests that the Court grant this unopposed motion to allow the parties time to conduct these discussions.

Respectfully submitted,


                                        Robert H. Solomon
                                        Solicitor

                                        <u>*/s/ Susanna Y. Chu*</u>
                                        Susanna Y. Chu
                                        Attorney


Federal Energy Regulatory Commission
888 First Street, NE
Washington, D.C.  20426
Tel.:    (202) 502-8464
Email:  Susanna.Chu@ferc.gov

June 4, 2024

# CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I certify that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because this motion contains 549 words.

I further certify, pursuant to Fed. R. App. P. 27(d)(1)(E), that this motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in Times New Roman 14-point font using Microsoft Word for Office 365.

/s/ Susanna Y. Chu
Susanna Y. Chu
Attorney

Federal Energy Regulatory Commission
888 First Street, NE
Washington, D.C.  20426
Tel.:    (202) 502-8464
Email:  Susanna.Chu@ferc.gov

June 4, 2024

## CERTIFICATE OF SERVICE

I hereby certify that, on June 4, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties via the Court's electronic filing system.

*/s/ Susanna Y. Chu*
Susanna Y. Chu
Attorney