# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| Advanced Energy United, *et al.*, | ) |
| | ) Nos. 23-1282, 23-1284, |
| *Petitioners*, | ) 23-1289, 23-1297, 23-1299, |
| | ) 23-1305, 23-1310, 23-1312, |
| v. | ) 23-1313, 23-1320, 23-1327, |
| | ) 23-1330, 23-1346, 24-1093, |
| Federal Energy Regulatory Commission, | ) 24-1106, 24-1112, 24-1136, |
| | ) 24-1137, 24-1139, 24-1140 & |
| *Respondent*. | ) 24-1141 (consolidated) |

## JOINT UNOPPOSED MOTION OF PETITIONER NEW YORK INDEPENDENT SYSTEM OPERATOR AND RESPONDENT FEDERAL ENERGY REGULATORY COMMISSION TO EXTEND DATE FOR FILING MOTIONS TO GOVERN TO TUESDAY, JULY 2, 2024

The Court's November 9 order in these consolidated cases suspended the deadlines for filing initial submissions, procedural and dispositive motions, and the certified index to the record, pending further order of the Court, and directed the parties to file motions to govern future proceedings by December 12, 2023. Subsequently, the Court granted unopposed motions filed by Respondent Federal Energy Regulatory Commission ("FERC" or the "Commission") to continue holding these cases in abeyance. *See* Dec. 12, 2023 Order (setting February 16 deadline for filing further motions); Feb. 20, 2024 order (setting April 16 deadline for filing further motions); May 10, 2024 order (setting June 4, 2024 for filing further motions); June 6, 2024 order (setting June 25, 2024 for filing further motions).

Since the issuance of the Court's June 6 order, the parties have communicated regarding a potential unopposed briefing format and schedule for the Court's consideration. Counsel for Petitioner New York Independent System Operator (who has taken the lead in coordinating communications among the various petitioner groups) has circulated a draft proposal, to which counsel for the Commission has responded. However, not all parties have yet communicated their positions in response. Accordingly, counsel for Petitioner New York Independent System Operator and counsel for the Commission agree that an additional seven days would be beneficial to allow the parties to finalize a proposal for the Court's review. Counsel for Petitioner New York Independent System Operator has contacted counsel for all parties this afternoon regarding this extension motion. Almost all parties expressed support or indicated they do not oppose the relief requested; no party has expressed opposition as of the filing of this motion.

|  | Respectfully submitted, |
|---|---|
|  | Robert H. Solomon<br>Solicitor |
| */s/ Ted Murphy*<br>Ted Murphy<br>Blake Grow<br>Hunton Andrews Kurth LLP<br>2200 Pennsylvania Avenue, NW<br>Washington, DC 20037<br>(202) 955-1588<br>(202) 955-1500<br>tmurphy@hunton.com<br>bgrow@hunton.com | */s/ Susanna Y. Chu*<br>Susanna Y. Chu<br>Attorney<br>Federal Energy Regulatory Commission<br>888 First Street, NE<br>Washington, D.C. 20426<br>(202) 502-8464<br>Susanna.Chu@ferc.gov |
| *Counsel for Petitioner New York Independent System Operator* | *Counsel for Respondent Federal Energy Regulatory Commission* |

June 25, 2024

# CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I certify that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because this motion contains 301 words.

I further certify, pursuant to Fed. R. App. P. 27(d)(1)(E), that this motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in Times New Roman 14-point font using Microsoft Word for Office 365.

/s/ Susanna Y. Chu
Susanna Y. Chu
Attorney

Federal Energy Regulatory Commission
888 First Street, NE
Washington, D.C. 20426
Tel.: (202) 502-8464
Email: Susanna.Chu@ferc.gov

June 25, 2024

**CERTIFICATE OF SERVICE**

I hereby certify that, on June 25, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties via the Court's electronic filing system.

> */s/ Susanna Y. Chu*
> Susanna Y. Chu
> Attorney