# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 23-1282**            **September Term, 2024**

FERC-RM22-14-001
FERC-RM22-14-000

**Filed On: July 1, 2025** [2123374]

Advanced Energy United, et al.,

    Petitioners

    v.

Federal Energy Regulatory Commission,

    Respondent

------------------------------

Consumers Energy Company, et al.,
    Intervenors

------------------------------

Consolidated with 23-1284, 23-1289,
23-1297, 23-1299, 23-1305, 23-1310,
23-1312, 23-1313, 23-1320, 23-1327,
23-1330, 23-1346, 24-1093, 24-1106,
24-1112, 24-1136, 24-1137, 24-1139,
24-1140, 24-1141

## O R D E R

It is **ORDERED**, on the court's own motion, that these cases be scheduled for oral argument on September 26, 2025, at 9:30 A.M. The composition of the argument panel will usually be revealed thirty days prior to the date of oral argument on the court's web site at www.cadc.uscourts.gov.

The time and date of oral argument will not change absent further order of the Court.

A separate order will be issued regarding the allocation of time for argument.

                                        **FOR THE COURT:**
                                        Clifton B. Cislak, Clerk

                          BY:    /s/
                                   Michael C. McGrail
                                   Deputy Clerk

The following forms and notices are available on the Court's website:

Memorandum to Counsel Concerning Cases Set for Oral Argument (Form 71)