Legal Division                                                                                          (202) 216-7500
Melissa McKenney Ryan, Director                    July 7, 2025

Re: No. 23-1282, et al., <u>Advanced Energy United v. FERC</u>

Dear Counsel:

   To ensure an organized presentation of argument in these multi-party cases, we must receive, *no later than* August 8, 2025, your suggestions on the most efficient format for oral argument.  In particular, the proposed format should specify, preferably in a chart:

   (1)  Which issues in the briefs warrant presentation at argument.

   (2)  The order in which the court should hear the issues that warrant oral argument.

   (3)  How much time the court should allow for each issue or set of issues that warrants oral argument, including any rebuttal time.

   (4)  The names of counsel for petitioners and respondent who will argue and the parties they represent.

   (5)  If respondent wishes to cede time to intervenors, the name of counsel for intervenors who will argue, the parties they represent, and the issues they will address.

   Counsel are encouraged to prepare a joint proposed format.  Argument will be heard on September 26, 2025.  If you have any questions, please call me at (202) 216-7500.

                                        Sincerely,


                                        Louis Fisher
                                        Deputy Director