# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Advanced Energy United, et al.

**v.**

Federal Energy Regulatory Commission

**Case No:** 23-1282, et al.

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ○ Gov't counsel

for the  ● Appellant(s)/Petitioner(s)  ○ Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

New York Independent System Operator, Inc.

### Counsel Information

Lead Counsel: Ted J. Murphy

Direct Phone: (202) 955-1588   Fax: (202) 778-2201   Email: tmurphy@hunton.com

2nd Counsel: Blake Grow

Direct Phone: (202) 955-1991   Fax: (202) 778-2201   Email: bgrow@hunton.com

3rd Counsel: Elbert Lin

Direct Phone: (804) 788-7202   Fax: (804) 788-8218   Email: elin@hunton.com

Firm Name: Hunton Andrews Kurth LLP

Firm Address: 2200 Pennsylvania Avenue, NW, Washington, DC 20037

Firm Phone: (202) 955-1500   Fax: (202) 778-2201   Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

# CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2025, I caused this motion to be electronically filed with the Clerk of this Court by using the appellate CM/ECF system. The participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

*/s/ Elbert Lin*
Elbert Lin
Hunton Andrews Kurth LLP
Riverfront Plaza, East Tower
951 E Byrd Street
Richmond, VA 23219
(804) 788-7202
elin@hunton.com

*Counsel for NYISO*