# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| Advanced Energy United, et al., | ) | |
|     Petitioners, | ) | |
| | ) | |
| v. | ) | Nos. 23-1282, et al. (consolidated) |
| | ) | |
| Federal Energy Regulatory | ) | |
|   Commission, | ) | |
|     Respondent. | ) | |

## JOINT UNOPPOSED MOTION PROPOSING
## ORAL ARGUMENT FORMAT

On July 7, 2025, the Court issued a letter in the above-captioned proceeding soliciting "suggestions on the most efficient format for oral argument," directing the parties to submit a proposed format for oral argument, and encouraging the parties to submit a joint proposal on oral argument format if possible. Letter to Counsel, *Advanced Energy United, et al. v. FERC*, Nos. 23-1282, et al. (D.C. Cir. July 7, 2025) ("July 7 Letter"). Previously, the Court adopted a briefing schedule and briefing format for the captioned consolidated appeals that provided for separate briefs by two distinct groups of differently interested Petitioners. *See Advanced Energy United, et al. v. FERC*, Nos. 23-1282, et al. (D.C. Cir. Aug. 5, 2024) (order setting briefing format and schedule).

In response to the Court's July 7 Letter, the Petitioners that own or operate electric transmission facilities (collectively, the "Transmission Petitioners"),[1] with

---

[1] "Transmission Petitioners" refers to the following Petitioners: Avangrid, Inc.; Central Hudson Gas & Electric Corporation; Consolidated Edison Co. of New York, Inc. and Orange and Rockland Utilities, Inc.; Dominion Energy Services, Inc.; Exelon Corporation; FirstEnergy Service Company; Long Island Power Authority; Midcontinent Independent System Operator, Inc.; New York Independent System Operator, Inc.; New York State Electric & Gas Corporation and Rochester Gas and Electric Corporation; Niagara Mohawk Power Corporation d/b/a National Grid; PacifiCorp; PJM Interconnection, L.L.C.; Southwest Power Pool, Inc.; and the MISO Transmission Owners. The "MISO Transmission Owners" consist of: Ameren Services Company, as agent for Union Electric Company d/b/a Ameren Missouri, Ameren Illinois Company d/b/a Ameren Illinois, and Ameren Transmission Company of Illinois; American Transmission Company LLC; Big Rivers Electric Corporation; Central Minnesota Municipal Power Agency; City Water, Light & Power (Springfield, IL); Cleco Power LLC; Cooperative Energy; Dairyland Power Cooperative; Duke Energy Business Services, LLC for Duke Energy Indiana, LLC; East Texas Electric Cooperative; Entergy Arkansas, LLC, Entergy Louisiana, LLC, Entergy Mississippi, LLC, Entergy New Orleans, LLC, and Entergy Texas, Inc.; Great River Energy; GridLiance Heartland LLC; Hoosier Energy Rural Electric Cooperative, Inc.; Indiana Municipal Power Agency; Indianapolis Power & Light Company d/b/a AES Indiana; International Transmission Company d/b/a ITC*Transmission*; ITC Midwest LLC; Lafayette Utilities System; Michigan Electric Transmission Company, LLC; MidAmerican Energy Company; Minnesota Power (and its subsidiary Superior Water, Light & Power Company); Missouri River Energy Services; Montana-Dakota Utilities Co.; Northern Indiana Public Service Company LLC; Northern States Power Company, a Minnesota corporation, and Northern States Power Company, a Wisconsin corporation, subsidiaries of Xcel Energy Inc.; Northwestern Wisconsin Electric Company; Otter Tail Power Company; Prairie Power, Inc.; Southern Illinois Power Cooperative; Southern Indiana Gas & Electric Company (d/b/a CenterPoint Energy Indiana South); Southern Minnesota Municipal Power Agency; Wabash

the consent of and on behalf of Respondent the Federal Energy Regulatory Commission ("FERC") and other Petitioners[2] and Respondent-Intervenors,[3] submit this unopposed motion proposing the oral argument format and time allocations outlined below, which are structured to provide an efficient argument framework that reflects the diverse interests expressed in the briefing in these proceedings.

In its July 7 Letter, the Court instructed the parties to propose a suggested format for oral argument, including a chart listing:

(1) Which issues in the briefs warrant presentation at argument.

(2) The order in which the Court should hear the issues that warrant oral argument.

(3) How much time the Court should allow for each issue or set of issues that warrants oral argument, including any rebuttal time.

(4) The names of counsel for petitioners and respondent who will argue and the parties they represent.

(5) If respondent wishes to cede time to intervenors, the name of counsel for intervenors who will argue, the parties they represent, and the issues they will address.

---

Valley Power Association, Inc.; and Wolverine Power Supply Cooperative, Inc.

[2] The other Petitioners, referred to collectively herein as the "Association Petitioners," include: Advanced Energy United, Inc.; the American Clean Power Association; and the Solar Energy Industries Association.

[3] Respondent-Intervenors include: Advanced Energy United, Inc.; the American Clean Power Association; the Solar Energy Industries Association; Environmental Defense Fund; Natural Resources Defense Council, Inc.; and Sierra Club.

In response to the July 7 Letter, and upon consultation with FERC, the Association Petitioners, and Respondent-Intervenors, the Transmission Petitioners propose the following suggested oral argument format and time allotments:

| PARTIES/ISSUES | TIME | COUNSEL |
|---|---|---|
| **Transmission Petitioners' Issues:**<br>• FERC's imposition of late study penalties on transmission providers generally, including elimination of the "reasonable efforts" standard (Issues I & II in Transmission Petitioners' briefs) | 13 minutes | John Lee Shepherd, Jr., Counsel for FirstEnergy Service Company, Dominion Energy Services, Inc., and Exelon Corporation |
| • Specific implications of late study penalties for regional transmission organizations and independent system operators (Issue III in Transmission Petitioners' briefs) | 7 minutes | Elbert Lin, Counsel for New York Independent System Operator, Inc. |
| **Association Petitioners' Issues:**<br>• FERC's establishment of a 100% cost increase threshold on the host transmission system for penalty-free withdrawal<br><br>• FERC's omission of a cost increase threshold for affected systems | 10 minutes | Melissa Alfano, Counsel for Solar Energy Industries Association |
| **FERC Response** | 23 minutes | Robert Solomon, Solicitor, FERC |

| PARTIES/ISSUES | TIME | COUNSEL |
|---|---|---|
| **Intervenors in Support of FERC:**<br>• Any issues argued by Transmission Petitioners | 7 minutes (ceded from FERC) | Alexander Tom, Counsel for Natural Resources Defense Council, Inc. and Sierra Club |
| **Rebuttal from Transmission Petitioners and Association Petitioners** | As reserved from argument time | See above |

In accordance with the Court's instruction to identify "[w]hich issues in the briefs warrant presentation at argument," the Transmission Petitioners are confining their requested oral argument time to issues involving FERC's imposition of late study penalties on transmission providers and elimination of the "reasonable efforts" standard. Other issues argued in the Transmission Petitioners' briefs, specifically, Issues IV[4] and V,[5] remain live and subject to the Court's

---

[4] Issue IV involves "[w]hether FERC's imposition of generic interconnection processes and agreements on System Operators unreasonably and unlawfully disrupts cluster study procedures FERC contemporaneously found to be just and reasonable." Brief of the Transmission Provider Petitioners at 5, *Advanced Energy United, et al. v. FERC*, Nos. 23-1282, et al. (D.C. Cir. Apr. 16, 2025) (statement of issues).

[5] Issue V involves "[w]hether FERC's mandate that Affected System operators study neighboring Network Service interconnection requests using the Energy Service modeling standard is arbitrary, capricious, unsupported by substantial evidence, and contrary to precedent." *Id.*

5

review, but Transmission Petitioners are willing to forego separate oral argument on those issues without waiving them.[6]

## CONCLUSION

WHEREFORE, Transmission Petitioners request that the Court grant this unopposed motion and adopt the proposed oral argument format and time allocations as discussed herein.

Respectfully submitted,

 */s/ Matthew J. Binette*
Matthew J. Binette
Elizabeth P. Trinkle
WRIGHT & TALISMAN, P.C.
1200 G Street N.W., Suite 600
Washington, DC  20005-3898
(202) 393-1200
binette@wrightlaw.com
trinkle@wrightlaw.com

***Attorneys for***
***Southwest Power Pool, Inc.***
***On behalf of Transmission Petitioners***

Dated:  August 8, 2025

---

[6] To the extent that the Court has questions regarding these issues, the Transmission Petitioners respectfully request that the Court so indicate in its order on this motion and permit the Transmission Petitioners to modify this motion to identify additional counsel to present oral argument on those issues, along with the time allotted for such argument.

# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| Advanced Energy United, et al., | ) | |
|     Petitioners, | ) | |
| | ) | |
| v. | ) | Nos. 23-1282, et al. (consolidated) |
| | ) | |
| Federal Energy Regulatory | ) | |
|   Commission, | ) | |
|     Respondent. | ) | |

**CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT**

Pursuant to Federal Rules of Appellate Procedure 27(d)(2)(A) and 32(g)(1), the undersigned certifies that the foregoing motion complies with the applicable type-volume limitations. The motion was prepared using a proportionally spaced type (Times New Roman, 14 point) and contains 1,133 words. This certificate was prepared in reliance on the word-count function of the word-processing system (Microsoft Word Standard 2016) used to prepare the motion.

Dated at Washington, DC this 8th day of August 2025.

                                        Respectfully submitted,

                                        */s/ Matthew J. Binette*
                                        Matthew J. Binette
                                        WRIGHT & TALISMAN, P.C.
                                        1200 G Street N.W., Suite 600
                                        Washington, DC  20005-3898
                                        (202) 393-1200

                                        ***Attorney for***
                                        ***Southwest Power Pool, Inc.***

# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| Advanced Energy United, et al., | ) | |
|     Petitioners, | ) | |
| | ) | |
| v. | ) | Nos. 23-1282, et al. (consolidated) |
| | ) | |
| Federal Energy Regulatory | ) | |
|   Commission, | ) | |
|     Respondent. | ) | |

## CERTIFICATE OF SERVICE

Pursuant to Rule 25 of the Federal Rules of Appellate procedure, I hereby certify that I have this 8th day of August 2025 served the foregoing Joint Unopposed Motion Proposing Oral Argument Format via the CM/ECF system. I certify that service for participants in the case that are registered CM/ECF users will be accomplished by the CM/ECF system and those who are not registered will be served via U.S. Mail as listed below.

    Ms. Sara Caryna Weinberg
    Vinson & Elkins LLP
    2200 Pennsylvania Avenue, NW
    Suite 500W
    Washington, DC 20037-1701

Respectfully submitted,

 */s/ Matthew J. Binette*
Matthew J. Binette
WRIGHT & TALISMAN, P.C.
1200 G Street N.W., Suite 600
Washington, DC  20005-3898
(202) 393-1200

*Attorney for*
*Southwest Power Pool, Inc.*