# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

**No. 23-1282** **September Term, 2025**

FILED ON: JULY 31, 2026

ADVANCED ENERGY UNITED, ET AL.,
PETITIONERS

v.

FEDERAL ENERGY REGULATORY COMMISSION,
RESPONDENT

CONSUMERS ENERGY COMPANY, ET AL.,
INTERVENORS

---

Consolidated with 23-1284, 23-1289, 23-1297, 23-1299, 23-1305, 23-1310, 23-1312, 23-1313, 23-1320, 23-1327, 23-1330, 23-1346, 24-1093, 24-1106, 24-1112, 24-1136, 24-1137, 24-1139, 24-1140, 24-1141

---

On Petitions for Review of Orders
of the Federal Energy Regulatory Commission

---

Before: MILLETT, WALKER, and CHILDS, *Circuit Judges*

**J U D G M E N T**

These causes came to be heard on the petitions for review of orders of the Federal Energy Regulatory Commission and were argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the petitions for review be denied, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/

Daniel J. Reidy
Deputy Clerk

Date: July 31, 2026

Opinion Per Curiam